# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS'
LOCAL 324 PENSION FUND, OPERATING
ENGINEERS' LOCAL 324 HEALTH
CARE PLAN, OPERATING ENGINEERS' LOCAL
324 VACATION & HOLIDAY FUND, OPERATING
ENGINEERS' LOCAL 324 RETIREE BENEFIT FUND,
OPERATING ENGINEERS' LOCAL 324 APPRENTICESHIP
FUND, and OPERATING ENGINEERS' LOCAL 324
DEFINED CONTRIBUTION PLAN,
Trust Funds Established and Administered
Pursuant to Federal Law,

     Plaintiffs,                                Case No.  18-cv-11252

v.                                        Hon. Victoria A. Roberts
                                             Magistrate Judge R. Steven Whalen

MWB CONTRACTING, INC., a
Michigan corporation, BLUE LAKE
CONTRACTING, LLC, a Michigan limited
liability company, and MARK BOGUES,
individually,

     Defendants.

---

| | |
|---|---|
| **DAVID J. SELWOCKI  (P51375)**<br>**MATTHEW I. HENZI  (P57334)**<br>**JESSICA L. SCHUHRKE (P77561)**<br>Sullivan, Ward, Asher & Patton, P.C.<br>Attorneys for Plaintiffs<br>25800 Northwestern Hwy., Ste. 1000<br>Southfield, MI  48075<br>(248) 746-0700 Telephone<br>(248) 746-2760 Facsimile<br>dselwocki@swappc.com<br>mhenzi@swappc.com<br>jschuhrke@swappc.com | **NICHOLAS T. CHAPIE (P71530)**<br>Howard & Howard Attorneys PLLC<br>Attorneys for Defendants<br>450 West Fourth Street<br>Royal Oak, MI  48067-2557<br>(248) 645-1483 Telephone<br>(248) 645-1568 Facsimile<br>nchapie@howardandhoward.com |

## CONSENT JUDGMENT

Upon Plaintiffs filing of a Complaint against the Defendants, and the parties desiring to enter into a Consent Judgment on the above-captioned matter, and the Court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that Judgment is entered against Defendants MWB CONTRACTING, INC., BLUE LAKE CONTRACTING, LLC, and MARK BOGUES in the amount of $ 281,319.68, as follows:

1. Unpaid contributions in the amount of $256,969.05 for the period of November, 2017 through June, 2018, pursuant to forms submitted by the Defendants;

2. Late payment liquidated damages through work month October, 2017, in the amount of $9,402.47;

3. 12% interest from the date due until present, for the unpaid contributions as set forth above, in the amount of $ 10,916.21. This interest component does not include June.

4. Attorney fees and costs for the period through June 30, 2018, in the amount of $4,031.95;

**IT IS FURTHER ORDERED** that the Judgment shall be satisfied as follows:

A. November and December 2017 contributions in the amount of $100,344.05 shall be paid in four (4) monthly installment payments beginning August 30, 2018 and ending December 30, 2018, in the amount of $25,400.37. The equal monthly installment payments will include an interest component of 6%.

2

B.   January, February, March, April and May 2018 contributions in the amount of $124,174.24 will be paid in equal monthly installment payments of $21,059.39 beginning January 30, 2019, and ending June 30, 2019. The equal monthly installment payments will include an interest component of 6%.

C.   June contributions in the amount of $32,450.76 will be paid on or before July 30, 2018.

D.   The remaining balance of liquidated damages, fees, costs and interest in the amount of $24,350.63 shall be paid on or before July 30, 2019.

**IT IS FURTHER ORDERED** that the Corporate Defendants must remain current on all ongoing contributions during the pendency of the repayment terms of this Consent Judgment.

**IT IS FURTHER ORDERED** that in the event that one of the payments as set forth herein is not made, and/or the Corporate Defendants do not remain current, the Plaintiffs may immediately begin executing on this Judgment and further, file a Motion to Amend this Judgment to seek the further mandates of 29 USC §1132(g)(2).

**IT IS FURTHER ORDERED** that the Corporate Defendants will immediately undergo an audit through the present to determine if there are any other due and owing employee benefit contributions. The Corporate Defendants shall provide all requested documents to complete the audit within thirty (30) days of said request. Further, if the

audit reveals any additional balances due, the Defendants agree that this Judgment may be amended to include said amounts if other payment arrangements are not made.

**IT IF FURTHER ORDERED** that during each month on the date the payment is due, the Defendants shall also provide a list of its current receivables and project information. The project information shall include the name of the project, the location of the project, the general contractor on the project and the Corporate Defendants' customer on the project. Further, Defendants shall provide any payment bonds and/or notices of commencement on such projects if in their possession.

**IT IS FURTHER ORDERED** that this Judgment does not cover any other due and owing contributions, including any amounts determined due pursuant to an audit for the same time period, liquidated damages, fees, costs or other amounts owed to the Fringe Benefit Funds for any time period including the time period set forth herein. This Judgment pertains only to the amounts set forth herein. If the terms of this Judgment are fulfilled as set forth herein, the Judgment shall serve to only satisfy the exact amounts stated.

**IT IS FURTHER ORDERED** that in the event the Defendants timely satisfy each and every order set forth in this Consent Judgment, Plaintiffs will file a Satisfaction of Judgment upon request.

**IT IS FURTHER ORDERED** that the Court will retain jurisdiction of this matter to effectuate the terms of this Consent Judgment.

                                           s/ Victoria A. Roberts  
                                           Hon. Victoria A. Roberts  
                                           U.S. District Court Judge

Dated: 9/5/18

APPROVED AS TO FORM AND CONTENT:

| By: | /s/David J. Selwocki | By: | /s/with consent Nicholas T. Chapie |
|---|---|---|---|
| | David J. Selwocki (P51375) | | Nicholas T. Chapie (P71530) |
| | Attorney for Plaintiffs | | Attorney for Defendants |

Dated: August 28, 2018                          Dated: August 27, 2018

MWB CONTRACTING, INC.            BLUE LAKE CONTRACTING, LLC

| By: | /s/with consent Mark Bogues | By: | /s/with consent Mark Bogues |
|---|---|---|---|
| | Mark Bogues | | Mark Bogues |
| Its: | President | Its: | Manager |

Dated: August 26, 2018                          Dated: August 26, 2018

                                               By:    /s/with consent Mark Bogues  
                                                         Mark Bogues, individually

                                               Dated: August 26, 2018

(copy with original signatures on file with Plaintiffs' attorney)

W2198840.DOCv2